West Side Sanitary District v. The Land Conservation and Development Commission (14533). Affirmed. *West Side Sanitary Dist. v. Health Div.,* 42 Or App 755, 601 P2d 858 (1979). (603 P2d 1390, *aff'd* 289 Or 409, 614 P2d 1148 (1980))

West Side Sanitary District v. The Land Conservation and Development Commission (14337). Affirmed. *West Side Sanitary Dist. v. Health Div.,* 42 Or App 755, 601 P2d 858 (1979). (603 P2d 1390, *aff'd* 289 Or 393, 614 P2d 1141 (1980))